**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PRIME ENTERTAINMENT GROUP LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>- against –<br><br>43 NORTH BROADWAY, LLC, a New York limited liability company; and DOES 1-10,<br><br>Defendants. | Case No. 1:25-cv-06329-DLC<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE**, that upon the accompanying Affirmation of Brian Farkas, ArentFox Schiff LLP will respectfully move this Court, before the Hon. Denise L. Cote, U.S.D.J., at the Daniel Patrick Monyihan United States Courthouse, 500 Pearl Street, New York, NY 100007, at a date and time convenient for the Court, for an order (1) withdrawing as counsel for Defendant 43 North Broadway, LLC ("43 North"), and (2) extending 43 North's time to respond to the Complaint by 30 days from the date of such order.

Dated: October 20, 2025
New York, New York

ARENTFOX SCHIFF LLP

*<u>/s/ Brian Farkas</u>*
Brian Farkas
1301 Avenue of the Americas, 42nd Floor
New York, NY 10019
Tel: (212) 484-3900
brian.farkas@afslaw.com

*Attorneys for Defendant 43 North Broadway, LLC*