UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
PRIME ENTERTAINMENT GROUP LLC,           :         25cv6329 (DLC)
                                         :
                      Plaintiff,         :            ORDER
                                         :
            -v-                          :
                                         :
43 NORTH BROADWAY, LLC, et al.,          :
                                         :
                      Defendants.        :
                                         :
---------------------------------------- X

DENISE COTE, District Judge:

On November 24, 2025, defendant 43 North Broadway, LLC filed a motion to dismiss the complaint pursuant to Rule 12(b)(6), Fed. R. Civ. P.  Under Rule 15(a)(1)(B), Fed. R. Civ. P., a plaintiff has 21 days after service of a motion under Rule 12(b) to amend the complaint once as a matter of course. Accordingly, it is hereby

ORDERED that the plaintiff shall file any amended complaint by **December 17, 2025.**  It is unlikely that the plaintiff will have a further opportunity to amend.

IT IS FURTHER ORDERED that if no amended complaint is filed, the plaintiff shall file any opposition to the motion to dismiss by **December 17, 2025.**  The reply, if any, shall be filed by **January 7, 2026.**  At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United Sates

Courthouse, 500 Pearl Street, New York, New York.

Dated:   New York, New York
         November 25, 2025

_____
DENISE COTE
United States District Judge

2