

**Soler Salva LLP**
270 W. 39th St., Suite 1304
New York, NY 10018
www.solersalva.com
(646) 660-1961
New York, New Jersey, Pennsylvania

**Albert J. Soler, Partner**
Chair, Litigation, Entertainment, Intellectual Property
Practice Group
asoler@solersalva.com
(646) 660-1961

December 10, 2025

**VIA PACER**
Hon. Denise L. Cote, U.S.D.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

*So ordered.*

*[signature]*

*12/10/25*

> **Re:  Request to Adjourn Deadline to File Opposition to Motion to Dismiss or Otherwise Amend Complaint On Consent - *Prime Entertainment Group, LLC v. 43 North Broadway, LLC et al. (1:25-cv-06329-DLC)***

Dear Judge Cote:

Our firm represents plaintiff Prime Entertainment Group LLC ("Plaintiff") in the above-captioned action. Please be advised that we are in receipt of defendant, 43 North Broadway, LLC's ("Defendant"), Motion to Dismiss Plaintiff's Complaint [Dkt. # 13]. We are also in receipt of Your Honor's November 25, 2025 Order scheduling (1) Plaintiff's deadline to amend its complaint or file an opposition to the Motion to Dismiss by December 17, 2025 and (2) Defendant's deadline to file a reply by January 7, 2025 [Dkt. # 16].

In light of pending schedules, prior travel and work commitments, and the upcoming holidays, we respectfully request, and would appreciate, that the aforementioned order and deadlines be adjourned as follows: Plaintiff shall file any amended complaint or its opposition to the Motion to Dismiss by January 5, 2025 and the reply, if any, shall be filed by Defendant on January 28, 2026.

Please be advised, Your Honor, that the parties have conferred and that counsel for Defendant has consented to the proposed adjournment and the proposed revised schedule. This is the Plaintiff's first request to adjourn any deadline in this matter.

Thank you, in advance, Your Honor, for your consideration and please let us know if you have any further questions regarding our request.

1

Soler Salva LLP


Respectfully submitted,

Albert J. Soler


Cc: All Counsel of Record (**VIA PACER**)