UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
PRIME ENTERTAINMENT GROUP LLC,          :
                                        :
                          Plaintiff,    :          25cv6329 (DLC)
              -v-                        :
                                        :              ORDER
43 NORTH BROADWAY, LLC, et al.,         :
                                        :
                          Defendants.   :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

On November 24, 2025, defendant filed a motion to dismiss the plaintiff's original complaint in this action pursuant to Rules 12(b)(1) and 12(b)(6), Fed. R. Civ. P.  An Order of November 25 directed the plaintiff to file any amended complaint by December 17 and alerted the plaintiff that it would likely not have another opportunity to amend.  An Order of December 10 extended the plaintiff's time to file any amended complaint to January 5, 2026.  The plaintiff filed an amended complaint on January 5, 2026.  Accordingly, it is hereby

ORDERED that the defendant's November 24, 2025 motion is dismissed as moot.

IT IS FURTHER ORDERED that any renewed motion to dismiss will be served by the dates indicated below:

   - Motion served by **January 28, 2026**

   - Opposition served by **February 11, 2026**

- Reply served by **February 18, 2026**

At the time any reply is served, the moving party shall supply
Chambers with two (2) courtesy copies of all motion papers by
mailing or delivering them to the United States Courthouse, 500
Pearl Street, New York, New York.

Dated:    New York, New York
          January 6, 2026

_____
DENISE COTE
United States District Judge

2