
**COZEN**
**O'CONNOR**

June 3, 2026

**Lisa A. Ferrari**
Direct Phone  212-297-2699
Direct Fax    646-588-1459
lferrari@cozen.com

**VIA ECF**

Hon. Denise L. Cote
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:  ***Prime Entertainment Group LLC v. 43 North Broadway, LLC et al.,***
     **No. 1:25-cv-06329-DLC**

Dear Judge Cote:

We represent defendant 43 North Broadway, LLC ("Defendant") in the above-referenced action.

The Court has scheduled the Initial Case Management Conference in the above action for Friday, June 12, 2026, at 3:30 pm [ECF No. 32].

Pursuant to Your Honor's Individual Rule 1.D, we write to request that, due to the undersigned's scheduled travel to a family wedding, the conference be moved to the morning on June 12th, if the Court has availability.

There have been no previous requests for adjournment or extensions of time with respect to this conference.

Plaintiff's counsel has consented to this request and has also indicated his availability, by videoconference, on June 23rd and July 3rd, both days on which the undersigned is also available.

The first Friday after June 12th on which counsel for both parties are available for an in-person conference is Friday, July 10th.

We thank the Court in advance for its consideration.

Respectfully submitted,

COZEN O'CONNOR

/s/ Lisa A. Ferrari

Lisa A. Ferrari

Cc:  Counsel of Record (*via ECF*)

*[handwritten:]* The conference is adjourned to 7/10/26 at 2:30 in Courtroom 18B. The parties shall make initial disclosures by 6/18/26. They shall serve initial interrogatories and document demands by 7/2/26.  /s/ Denise Cote  6/3/26

LEGAL\115794081\1