UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PRIME ENTERTAINMENT GROUP LLC,

Plaintiff,

-v-

43 NORTH BROADWAY, LLC,

Defendant.

---

43 NORTH BROADWAY, LLC,

Counter-Plaintiff,

-v-

PRIME ENTERTAINMENT GROUP LLC, LEONARD C. FICO, FUEL 2000 RECORDS, INC., SUNSET BOULEVARD RECORDS, and THE GREAT AMERICAN MUSIC COMPANY,

Counterclaim Defendants.

---

25cv6329 (DLC)

ORDER

DENISE COTE, District Judge:

Plaintiff Prime Entertainment Group LLC ("PEG") filed its first amended complaint ("FAC") on January 6, 2026, asserting two breach-of-contract claims (Counts I and III), and two parallel unjust-enrichment claims (Counts II and IV) against defendant 43 North Broadway LLC ("43 North"). An Opinion of May 13 granted 43 North's motion to dismiss as to Counts II and IV. Prime Ent. Grp. LLC v. 43 N. Broadway, LLC, No. 25-CV-6329 (DLC), 2026 WL 1329491 (S.D.N.Y. May 13, 2026). An Opinion of

August 10 granted 43 North's subsequent motion for partial judgment on the pleadings as to Count III. Prime Ent. Grp. LLC v. 43 N. Broadway, LLC, No. 25-CV-6329 (DLC), 2026 WL 2294871 (S.D.N.Y. Aug. 10, 2026).

An initial pretrial conference was held on July 10. A Pretrial Scheduling Order of the same date required that additional parties be joined, or pleadings amended by September 11, and set other deadlines for the case. Fact discovery is due to be completed by December 18.

On September 11, 43 North moved for leave to amend its Answer to assert counterclaims against PEG, and to join Leonard C. Fico, Fuel 2000 Records, Inc. ("F2K"), and The Great American Music Company ("GAMC") as additional counterclaim defendants. The motion was granted on September 14. PEG answered the counterclaims on September 28. Mr. Fico and GAMC were served with the counterclaims on October 2. Accordingly, it is hereby

ORDERED that a letter regarding the status of service on counterclaim defendant F2K is due **October 8, 2026.**

Dated: New York, New York
October 6, 2026

Denise Cote
DENISE COTE
United States District Judge