UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRIME ENTERTAINMENT GROUP LLC,

Plaintiff,

-v-

43 NORTH BROADWAY, LLC,

Defendant.

43 NORTH BROADWAY, LLC,

Counter-Plaintiff,

-v-

PRIME ENTERTAINMENT GROUP LLC, LEONARD C. FICO, FUEL 2000 RECORDS, INC., SUNSET BOULEVARD RECORDS, and THE GREAT AMERICAN MUSIC COMPANY,

Counterclaim Defendants.

25cv6329 (DLC)

ORDER

DENISE COTE, District Judge:

An initial pretrial conference in this case was held on July 10, 2026. A Pretrial Scheduling Order of the same date required that additional parties be joined, or pleadings amended by September 11, and set other deadlines for the case. Fact discovery is due to be completed by December 18.

On September 11, defendant 43 North Broadway LLC ("43 North") moved for leave to amend its Answer to assert counterclaims against plaintiff Prime Entertainment Group LLC

("PEG"), and to join Leonard C. Fico, Fuel 2000 Records, Inc. ("F2K"), and The Great American Music Company ("GAMC") as additional counterclaim defendants. The motion was granted on September 14. PEG answered the counterclaims on September 28.

On October 2, PEG's counsel accepted service of the counterclaims on behalf of Mr. Fico and GAMC, but not F2K.[1] In a letter of October 8, 43 North informed the Court that, according to the Delaware Secretary of State, F2K was dissolved on September 21, and that following dissolution, the Delaware Secretary of State is the appropriate agent for service of process. F2K was served through the Delaware Secretary of State on October 14. Accordingly, it is hereby

ORDERED that a case management conference with all parties will be held on **November 20, 2026 at 3:30 PM** in Courtroom 18B, 500 Pearl Street, New York, New York, 10007.

IT IS FURTHER ORDERED that the parties shall submit a proposed schedule to govern further pretrial proceedings in this case by **November 19.**

Dated: New York, New York
October 21, 2026

DENISE COTE
United States District Judge

[1] According to 43 North, Mr. Fico is F2K's sole shareholder.