**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

PRIME ENTERTAINMENT GROUP LLC, a Nevada limited liability company,

Plaintiff-Counterclaim Defendant,

v.

43 NORTH BROADWAY, LLC, a New York limited liability company; and DOES 1-10,

Defendants-Counterclaim Plaintiff,

and

LEONARD C. FICO, FUEL 2000 RECORDS, INC., and THE GREAT AMERICAN MUSIC COMPANY, INC.,

Additional Counterclaim Defendants.

**Civil Action No. 1:25-cv-06329-DLC**

## NOTICE OF MOTION FOR JUDGMENT ON THE PLEADINGS

Defendant-Counterclaim Plaintiff 43 North Broadway, LLC ("Defendant"), by its attorneys, makes this motion, pursuant to Fed.R.Civ.P. 12(c), for judgment on the pleadings dismissing Count I, the sole remaining claim of the First Amended Complaint ("FAC") of Plaintiff-Counterclaim Defendant Prime Entertainment Group LLC ("Plaintiff") [ECF No. 21], with prejudice, or, alternatively, pursuant to Fed.R.Civ.P. 12(h)(3); denying leave to amend or to

substitute a different party; and granting such other and further relief as this Court may deem just and proper.

Count I of the FAC, for breach of contract, should be dismissed on the ground that Plaintiff is not the party to the March 1, 2002, Asset Purchase Agreement on which Count I rests. The Asset Purchase Agreement was entered into by Prime Entertainment Group, Inc., a Louisiana corporation, and the FAC pleads no assignment, merger, conversion, succession, or other transfer of that entity's rights to or by Plaintiff.

In support of its motion, Defendant relies upon this Notice of Motion for Judgment on the Pleadings; the accompanying Memorandum of Law in Support of Defendant's Motion for Judgment on the Pleadings; the Declaration of Lisa A. Ferrari, dated November 19, 2026, and the exhibits annexed thereto; and all prior proceedings had herein.

Dated: November 19, 2026
New York, New York

Respectfully submitted,

**COZEN O'CONNOR P.C.**

By: /s/ *Lisa A. Ferrari*
Lisa A. Ferrari (LF8081)
Keren Dadon (KD5428)
3 World Trade Center
175 Greenwich Street, 55th Floor
New York, New York 10007
Tel. 212-297-2699
Email: lferrari@cozen.com
kdadon@cozen.com

*Attorneys for Defendant-Counterclaim Plaintiff 43 North Broadway, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing **NOTICE OF MOTION FOR JUDGMENT ON THE PLEADINGS** has been filed electronically and is available for viewing and downloading from the ECF System, and is being served upon all counsel of record via ECF transmission in accordance with the Electronic Filing System of the Court, on November 19, 2026.

/s/ *Lisa A. Ferrari*
Lisa A. Ferrari