UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRIME ENTERTAINMENT GROUP LLC,

Plaintiff,

-v-

43 NORTH BROADWAY, LLC,

Defendant.

43 NORTH BROADWAY, LLC,

Counter-Plaintiff,

-v-

PRIME ENTERTAINMENT GROUP LLC, LEONARD C. FICO, FUEL 2000 RECORDS, INC., SUNSET BOULEVARD RECORDS, and THE GREAT AMERICAN MUSIC COMPANY,

Counterclaim Defendants.

25cv6329 (DLC)

ORDER

DENISE COTE, District Judge:

On November 19, 2026, defendant-counterclaim plaintiff 43 North Broadway, LLC filed a motion for judgment on the pleadings as to Count I of the first amended complaint pursuant to Rule 12(c), Fed. R. Civ. P. Accordingly, it is hereby

ORDERED that any opposition is due by **December 10, 2026.** Any reply is due by **December 23, 2026.** At the time any reply is served, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering

them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated: New York, New York
November 20, 2026

DENISE COTE
United States District Judge